NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Respondent,*

*v.*

ERIC SHAW GIBSON, *Petitioner.*

No. 1 CA-CR 14-0766 PRPC
FILED 12-6-2016

Petition for Review from the Superior Court in Maricopa County
No.  CR2010-048032-001
The Honorable Sherry K. Stephens, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Lisa Marie Martin
*Counsel for Respondent*

Eric Shaw Gibson, Florence
*Petitioner*

**MEMORANDUM DECISION**

Presiding Judge Diane M. Johnsen, Judge Jon W. Thompson and Judge Paul
J. McMurdie issued the decision of the court.

**PER CURIAM**:

**¶1**     Eric Shaw Gibson petitions for review of the summary dismissal of his petition for post-conviction relief. We have considered the petition for review and, for the reasons stated, grant review but deny relief.

**¶2**     Following a jury trial, Gibson was convicted of two counts of robbery and sentenced to concurrent 11-year prison terms. This court affirmed the convictions and sentences on appeal. *State v. Gibson*, 1 CA-CR 11-0489, 2013 WL 440637 (Ariz. App. Feb. 5, 2013) (mem. decision).

**¶3**     Gibson commenced a timely proceeding for post-conviction relief and filed a pro se petition, in which he asserted claims of ineffective assistance of trial and appellate counsel. In summarily dismissing the petition, the superior court issued a ruling that clearly identified, fully addressed, and correctly resolved the claims. Under these circumstances, we need not repeat that court's analysis here; instead, we adopt it. *See State v. Whipple*, 177 Ariz. 272, 274 (App. 1993) (when superior court rules "in a fashion that will allow any court in the future to understand the resolution[,] [n]o useful purpose would be served by this court rehashing the trial court's correct ruling in [the] written decision").

**¶4**     Accordingly, although we grant review, we deny relief.



AMY M. WOOD • Clerk of the Court
FILED:  AA